# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br>ALEJANDRO DOVAL-ALMONTE,<br><br>               Defendant. | Case No. 2:18-cr-269-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Stipulation to Substitute Counsel (ECF No. 14), filed on October 3, 2018. Defendant requests that Carl E.G. Arnold, Esq. be substituted as counsel of record for Defendant Alejandro Doval-Almonte in place of the Federal Public Defender's Office. Upon review and consideration, the Court grants Defendant's Stipulation to Substitute Counsel. The Court further advises Defendant's counsel to use the correct caption for all filed documents. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Stipulation to Substitute Counsel (ECF No. 14) is **granted**. The Clerk of the Court shall substitute Carl E.G. Arnold, Esq. as counsel of record for Defendant Alejandro Doval-Almonte in place of the Federal Public Defender's Office.

Dated this 4th day of October, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE